

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ANW
F.#2020R0144

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 3, 2020

<u>By Email and ECF</u>

The Honorable Edward R. Korman
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Aboudou Krigger, et al.</u>
     <u>Criminal Docket No. 20-65 (ERK)</u>

Dear Judge Korman:

   The government respectfully writes this letter to request an adjournment of the status conference in the matter, currently set for September 9, 2020.  The government requests that the Court adjourn the matter until a date convenient to the Court during the week of October 19, 2020.  The government has consulted with the counsel for Aboudou Krigger, Angel Rodriguez and Omar Wesley, who all join this request.

   The government further requests that the Court exclude the time between September 9, 2020 and the date of the adjourned October 2020 status conference for the purposes of the Speedy Trial Act with respect to each of the defendants.  The government has produced a significant volume of discovery in this matter and has provided counsel with written plea agreements.  The proposed adjournment counsel to continue their ongoing plea negotiations with the goal of resolving this matter short of trial and, as such, is in the interests of justice.

Counsel for the defendants also join the request to exclude the time from September 9, 2020 through the date of next status conference in October 2020 from Speedy Trial calculations.

        Respectfully submitted,

        SETH D. DUCHARME
        Acting United States Attorney

By:   /s/ Nathan Reilly
        Nathan Reilly
        Assistant U.S. Attorney
        (718) 254-6196

cc:    All counsel (via email and ECF)
       Clerk of the Court (via ECF)