**DOCKET NUMBER:** <u>CR 20-CR-0065 (ERK)</u>

## CRIMINAL CAUSE FOR TELEPHONE CONFERENCE

**Date Received by Docket Clerk:** _____   **Docket Clerk Initials:** _____

**BEFORE JUDGE:** <u>James Orenstein, USMJ</u>   **DATE:** <u>9/4/2020</u>   **TIME IN COURT** __HRS <u>20</u> MINS

**DEFENDANT'S NAME:** <u>Aboudou Krigger</u>   **DEFENDANT'S #:** <u>001</u>

- ■ Present   ☐ Not Present   ☐ Custody   ■ Not Custody

**DEFENSE COUNSEL:** <u>Ashley Burrell</u>

- ■ Federal Defender   ☐ CJA   ☐ Retained

**A.U.S.A.:** <u>No appearance</u>   **PRETRIAL OFFICER:** <u>Celine Ferguson</u>

**CASE MANAGER OR MAGISTRATE CLERICAL:** <u>Kelly Almonte</u>

**COURT REPORTER: OR ESR OPERATOR:** _____   **TAPE LOG:** <u>20cr0065.9.4.20</u>

**INTERPRETER:** <u>Eric Heuberger</u>   **LANGUAGE:** <u>French</u>

- ☐ Arraignment
- ☐ Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ In Chambers Conference
- ☐ Pre-Trial Conference
- ☐ Initial Appearance
- ☐ Status Conference
- ■ Telephone Conference
- ☐ Other Hearing Contested:
- ☐ Revocation of Probation non-contested
- ☐ Revocation of Probation contested
- ☐ Sentencing non-evidentiary
- ☐ Sentencing Contested
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary

**UTILITIES**

- ☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties
- ☐ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** <u>N/A</u>   **Speedy Trial Stop Date:** <u>N/A</u>   **CODE TYPE:** <u>N/A</u>

**Do these minutes contain ruling(s) on motion(s)?**   ☐ YES   ■ NO

**TEXT:** Surety Fatoumata Kamara (assisted by French interpreter Eric Heuberger) decided not to continue as a surety under the conditions as modified on August 31, 2020. I therefore deem Ms. Kamara removed from the bond and will schedule a further hearing for next week to address how, it at all, that will affect the defendant's release status.